IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

VINSON HARTLEY,
    Petitioner,

vs.                                              CASE NO.: 3:03cv204/LAC/MD

SECRETARY, FLORIDA DEPARTMENT
OF CORRECTIONS,
    Respondent.

## REPORT AND RECOMMENDATION

Petitioner initiated this cause through the filing of a petition for writ of habeas corpus under 28 U.S.C. § 2254 in May of 2003 (doc. 1). Respondent answered, and on October 20, 2003, petitioner was directed to file a reply (doc. 14). In the meantime, petitioner had been released from confinement, and the Department of Corrections provided the court with petitioner's then last known address, to which address the foregoing order was mailed (doc. 13). Petitioner did not respond, nor did he ever inform the court that he had been released or changed his address. Therefore on May 16, 2005 petitioner was ordered to express whether he had any continued interest in prosecuting the case (doc. 17). He has not responded.

Accordingly, it is respectfully RECOMMENDED:

That this case be dismissed without prejudice for petitioner's failure to keep the court advised of his correct address, failure to prosecute and failure to comply with an order of the court.

At Pensacola, Florida, this 8th day of June, 2005.

/s/ *Miles Davis*
**MILES DAVIS**
**UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

Any objections to these proposed findings and recommendations must be filed within ten days after being served a copy thereof.  A copy of objections shall be served upon the magistrate judge and all other parties.  Failure to object may limit the scope of appellate review of factual findings. <u>See</u> 28 U.S.C. § 636; *United States v. Roberts*, 858 F.2d 698, 701 (11th Cir. 1988).