IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

VINSON HARTLEY,
    Petitioner,

v.               No.  3:03cv204/LAC/MD

SECRETARY, FLORIDA DEPARTMENT
OF CORRECTIONS,
    Respondent.
_____

## O R D E R

Upon consideration of the Report and Recommendation of the Magistrate Judge filed on June 8, 2005, pursuant to 28 U.S.C. § 636(b)(1)(B), and after reviewing objections to the Recommendation, if any, the Recommendation is adopted as the opinion of the Court.

Accordingly, it is now ORDERED as follows:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2. This case is dismissed without prejudice for petitioner's failure to keep the court advised of his correct address, failure to prosecute and failure to comply with an order of the court.

DONE AND ORDERED this 6th day of July, 2005.

                              *s/L.A. Collier*
                              LACEY A. COLLIER
                              SENIOR UNITED STATES DISTRICT JUDGE